IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dan Lee Simms, Sr., et al.,          :

    Plaintiffs,                    :

  v.                                 :    Case No. 2:02-cv-1096

Athens County Sheriff's              :    JUDGE HOLSCHUH
Department, et al.,
                                    :

    Defendants.

ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 3, 2006. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation.  The Simmses are awarded $15,500 in damages and the Clerk shall enter judgment in that amount in their favor and against defendants John Ray Wilson and Steve Hall.  This case is TERMINATED.


March 24, 2006                    /s/ John D. Holschuh
                                    John D. Holschuh, Judge
                                    United States District Court